Sean P. Conboy, Bar No. 214487
  sconboy@cbmlaw.com
Robert J. Nolan, Bar No. 235738
  rnolan@cbmlaw.com
Molly K. Madden, Bar No. 281483
  mmadden@cbmlaw.com
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone: 415.989.5900
Facsimile:  415.989.0932

Attorneys for Defendant VOLKSWAGEN GROUP OF AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GREG KAIGHN, JANIS KAIGHN, | Case No. 2:15-cv-08905-DSF-JEMx |
| Plaintiffs, | Judge: Dale S. Fischer |
| v. | Magistrate Judge: John E. McDermott |
| VOLKSWAGEN AG, VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN CREDIT, INC., AUDI FINANCIAL SERVICES, INC., and DOES 1 through 100, inclusive, | **JUDGMENT** |
| Defendants. | |

1  Having granted Defendant Volkswagen Group of America, Inc.'s
2  ("VWGoA") Motion to Dismiss the complaint filed by Greg Kaighn and Janis
3  Kaighn ("Plaintiffs") with prejudice and without leave to amend on December 9,
4  2015, and finding that there is no just reason to delay entering judgment against
5  Plaintiffs and in favor of VWGoA pursuant to F.R.C.P. 54(b), the Court hereby
6  enters its judgment against Plaintiffs and in favor of VWGoA.
7  IT IS SO ORDERED.

9  1/19/16
10 Dated: _____

*/s/ Dale S. Fischer*
_____
Honorable Dale S. Fischer
United States District Court Judge