# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREG KAIGHN, et al | ) | Case No.: CV 15-8905 DSF (JEMx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| VOLKSWAGEN AG, et al. | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiffs not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing and that the remaining defendants be dismissed without prejudice.

Dated: March 30, 2016

_____
Dale S. Fischer
United States District Judge