**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG KAIGHN, et al., <br>     Plaintiffs, <br>   vs. <br> VOLKSWAGEN AG, et al., <br>     Defendants. | Case No.: CV 15-8905 DSF (JEMx) <br><br> JUDGMENT |

The Court having imposed terminating sanctions for the reasons stated in its July 12 and July 19, 2016 Orders,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed in its entirety with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated: 7/20/16

_____
Dale S. Fischer
United States District Judge